UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In Re: STEVEN J. RUDOLF, | Case No. 15-30534-PCM13 |
|---|---|
| Debtor. | OBJECTION TO CONFIRMATION AND MOTION TO DISMISS |

The United States of America, a creditor herein, acting by and through its undersigned counsel, objects to confirmation of the debtors' plan and moves the court for an order dismissing this case, for the following reasons:

1. The Internal Revenue Service (IRS) has searched its records and found no record of the filing of certain returns, as follows:

| Year/Period | Form/Type of Tax |
|---|---|
| 2009 | 1040 |
| 2012 | 1040 |
| 2013 | 1040 |

2. All returns required for pre-petition periods must be filed prior to plan confirmation. The United States objects to confirmation of the plan until the required returns are filed, and for at least 30 days thereafter, so the IRS may properly determine the amount and status of any tax claims and whether the plan provides proper treatment. All returns should be sent to:

Internal Revenue Service
M/S O240
1220 SW Third Ave, Suite G-044
Portland, Oregon 97204-2871

Dated:     03/03/15                              /s/ Kathleen L. Bickers
                                                 KATHLEEN L. BICKERS, OSB # 85151
                                                 Assistant United States Attorney
                                                 1000 SW 3rd Ave., Ste. 600
                                                 Portland, Oregon  97204
                                                 Tel. No. (503) 727-1060

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT the hearing on the above objection and motion will be held at the confirmation hearing scheduled by the court.

Dated:     03/03/15                              /s/ Kathleen L. Bickers
                                                 KATHLEEN L. BICKERS, OSB # 85151
                                                 Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing OBJECTION TO CONFIRMATION AND MOTION TO DISMISS was made on 03/03/15, by mailing a true copy addressed to the following, except those designated as receiving ECF notice, who will be served electronically by ECF:

| | |
|---|---|
| Recovery Management Systems Corp., Creditor | ECF Only |
| Cara J. Richter, Attorney for Creditor JPMorgan Chase Bank, N.A. | ECF Only |
| Karen M. Oakes, Attorney for Debtor | ECF Only |
| Wayne Godare, Trustee | ECF Only |
| US Trustee, Portland | ECF Only |

Dated:     03/03/15                              /s/ Kathleen L. Bickers
                                                 KATHLEEN L. BICKERS, OSB # 85151
                                                 Assistant United States Attorney