

**DEPARTMENT OF REVENUE**

955 Center Street NE
Salem OR 97301-2555

Date of Notice:  3/06/15

78136048



RUDOLF, STEVEN J
14704 NW BENJAMIN CT
PORTLAND OR  97229

**Bankruptcy Request-to-File**

Bankruptcy Case No:   15-30534-PCM13

PERSONAL INCOME TAX RETURN(S) FOR:   2010

We do not have an Oregon tax return for the program(s)/year(s) listed above. If you were not required to file a return, please fill out the form on the next page and return it to us.

If you do not file the return(s) or provide the required information, the department will file a claim in your bankruptcy for all tax we determine to be due.

PLEASE SEND YOUR TAX RETURN(S) (THE ORIGINAL AND ONE COPY) ALONG WITH THIS LETTER TO THE ABOVE ADDRESS.  SEND ANOTHER COPY OF YOUR RETURN TO YOUR ATTORNEY.


/s/Idalmis Vargas
Bankruptcy Technician
PTAC, Adm Svcs-Bankruptcy
Telephone: 503-983-0452

---

Please read all pages of this notice.  If you still have questions, call the technician shown above.

TTY (hearing or speech impaired; machine only), 503-945-8617 in Salem or 1-800-886-7204 toll-free from an Oregon prefix.  ADA: Alternative formats available.  Call 503-378-4988 in Salem or 1-800-356-4222 toll-free from an Oregon prefix.

For general tax information:  visit www.oregon.gov/dor

Asistencia en español. Llame al 503-378-4988 en Salem o llame gratis de prefijo de Oregon al 1-800-356-4222.

Please state the reason and the tax program/year that you are not required to file.

| Program ( | ) Year/Quarter ( | ) _____ |
| Program ( | ) Year/Quarter ( | ) _____ |
| Program ( | ) Year/Quarter ( | ) _____ |
| Program ( | ) Year/Quarter ( | ) _____ |
| Program ( | ) Year/Quarter ( | ) _____ |
| Program ( | ) Year/Quarter ( | ) _____ |

To the best of my knowledge, the information provided above is true and correct.

  Signature:_____   Date:_____

PLEASE NOTE: We are sending a copy of this to the Bankruptcy Court. The Court has advised us that the court may, sua sponte, treat this letter as an objection to confirmation of the plan and a motion to dismiss. If the returns are not filed prior to the confirmation hearing, the court will decide at the confirmation hearing whether to dismiss your case or to continue the hearing to allow you to file the returns.

cc:   Bankruptcy Court
      Bankruptcy Trustee
      Your Attorney

Certificate of Service

RE:
Case No:       15-30534-PCM13
Debtor Name:   RUDOLF, STEVEN J

---

I certify that on 03/06/15 copies of the Objection to Confirmation (Bankruptcy Request to File letter) were mailed to:

Electronically transferred (ECF) to addressee(s) as follows:

Addressee(s):

HENDERSON,NICHOLAS J   wcf

Wayne Godare   ecf

First class mail to addressee(s) as follows:

Addressee(s):

RUDOLF, STEVEN J
14704 NW BENJAMIN CT,
PORTLAND OR   97229


/s/Idalmis Vargas
Bankruptcy Technician
PTAC, Adm Svcs-Bankruptcy
Telephone: 503-983-0452