**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**

# F I L E D

**March 26, 2015**

**Clerk, U.S. Bankruptcy Court**

## Below is an order of the Court.

_(signature)_

**U.S. Bankruptcy Judge**

ODCGT (11/24/03) sfs

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re                                                     )
 **Steven J. Rudolf**                              ) Case No. **15–30534–pcm13**
Debtor(s)                                            )
                                                              )
                                                              ) ORDER DENYING
                                                              ) CONFIRMATION AND
                                                              ) GRANTING ADDITIONAL
                                                              ) TIME TO FILE DOCUMENTS
                                                              )

**IT IS ORDERED** that confirmation of the debtor's plan dated **2/24/15** is denied for the following reason(s):

   **Debtor(s) wants to file an amended plan.**

**IT IS FURTHER ORDERED** the debtor(s) take the following action:

   **File an amended plan (using local form #1355.05) within 14 days of the above "FILED" date. [NOTE: If an adjourned hearing was not set by the court, you must obtain a hearing date and time pursuant to pt. 2 of LBF #1355.05.]**

**IT IS FURTHER ORDERED** that if the debtor(s) fails to comply with the above requirements, or fails to file a motion to convert this case to a case under Chapter 7 by the time specified in the above paragraph, this case may be dismissed without further notice or hearing.

                                    ###

30