**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

ORT (2/29/08) sfs

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Steven J. Rudolf**
Debtor(s)

) Case No. **15–30534–pcm13**
)
) ORDER REQUIRING FILING
) OF TAX RETURN(S) AND
) SETTING ADJOURNED
) CONFIRMATION HEARING

**IT IS ORDERED** that:

1. The hearing on confirmation of the debtor's plan is continued for the reason that the debtor(s) failed to file tax returns or other information as requested by the entity marked below:

    ☑ a. IRS
    ☑ b. Oregon Department of Revenue
    ☐ c. Other:

2. Within **60 days** of this order's "FILED" date the debtor(s) shall file either the tax returns required by the taxing agency specified in pt. 1 or file a sworn statement describing why such return(s) are not required to be filed under applicable tax law. At the time the debtor(s) files either the return or statement with the taxing agency the debtor(s) shall also serve a copy of any return or statement filed on the trustee. If necessary, as a result of the content of the filed returns, the debtor(s) shall also file, within the time stated, an amended plan (using Local Form #1355.05 **AND inserting** the information in pt. 3 below concerning the adjourned confirmation hearing). Failure to take any of these steps may result in dismissal or conversion to Chapter 7 without further notice.

3. An ADJOURNED CONFIRMATION HEARING, at which testimony will not be received, shall be held:

    **DATE:** 7/9/15  **TIME:** 01:30 PM

    **LOCATION:** US Bankruptcy Court, Courtroom #1, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

    (unless a motion to convert or dismiss this case is filed).

###